# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142325

STATE TREASURER,
        Plaintiff/Counter-
        Defendant-Appellee,

v

HOMER LEE JOHNSON,
        Defendant/Counter-
        Defendant-Appellant,
and

UNUM LIFE INSURANCE COMPANY,
        Defendant/Counter-Plaintiff,
and

FLOYD D. JOHNSON, Individually and as
Personal Representative of the Estate of Mary
Etta Johnson, JAMES JOHNSON, JEREMIAH
JOHNSON, and JOSEPH JOHNSON,
        Counter-Defendants-Appellants,
and

CRANDELL FUNERAL HOME, INC.,
        Counter-Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142325
COA: 294142
Muskegon CC: 09-046457-CZ

On order of the Court, the application for leave to appeal the November 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

Clerk

t0418